ASHURST PERKINS COIE

Ashurst Perkins Coie US LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
ashurstperkinscoie.com

August 7, 2026

Scott Budow
scott.budow@ashurstperkins.com
D. +1.332.238.2784
F. +1.212.977.1649

**VIA ECF**

Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Scott v. Amerit Fleet Solutions*, Case No. 1:26-cv-06093 (MKV) — Request for Extension

Dear Judge Vyskocil:

This firm represents Defendant Amerit Fleet Solutions ("AFS") in the above-referenced action. We respectfully request an extension of the time to answer or otherwise respond to the Complaint from August 13, 2026, to September 3, 2026. AFS conferred with Plaintiff regarding the requested extension, and Plaintiff consents to this request.

This is AFS's first request for an extension of time with respect to the Complaint. The additional time will permit AFS to investigate the extensive allegations in the Complaint. This proposed extension will not impact any other scheduled dates.

Thank you for your attention to this matter.

Sincerely,

*/s/ Scott A. Budow*
Scott A. Budow

cc: All Counsel of Record (Via ECF)

**Granted. SO ORDERED.**

Date: 8/12/2026
New York, New York

Mary Kay Vyskocil
United States District Judge

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions.