**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN OF NEW YORK**

| | |
|---|---|
| MELVIN SCOTT, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIT FLEET SOLUTIONS,<br><br>Defendant. | Case No. 1:26-cv-06093-MKV |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Sabine Jean is no longer associated with the law firm of Lawyers *for* Justice, P.C. as of September16, 2026. Pursuant to Local Rule 1.4(b), Plaintiff requests that Ms. Jean be withdrawn as attorney of record in this case and that all further electronic notices in the matter for Ms. Jean be terminated. Counsel Jonathan Apsan of Lawyers *for* Justice, P.C. shall continue as counsel for Plaintiff and the Putative Class and Collective in this case. Counsel of record for Plaintiff otherwise remains the same.

Dated: September 16, 2026
New York, New York

Respectfully submitted,

/s/ *Jonathan Apsan*

Jonathan Apsan
**LAWYERS *for* JUSTICE, P.C.**
217 Broadway, Suite 511
New York, New York 10007
Telephone: (516) 587-8423
Facsimile: (818) 265-1021
j.apsan@calljustice.com

*Attorney for Plaintiff and the Putative Class and Collective*