USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 10/06/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELVIN SCOTT, individually, and on behalf of others similarly situated,

Plaintiff,

-against-

AMERIT FLEET SOLUTIONS,

Defendant.

1:26-cv-06093-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

On August 28, 2026, Defendant submitted a letter requesting a pre-motion conference and/or permission to file a motion to compel arbitration and to partially dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). [ECF No. 13]. On September 2, Plaintiff opposed Defendant's motion. [ECF No. 15]. On August 28, Defendant also submitted a consented-to letter motion for extension of time to respond to the Complaint, pending the Court's resolution of its pre-motion letter. [ECF No. 14]. After reviewing the Parties' letters, Defendant's request for a pre-motion conference is DENIED and Defendant is GRANTED leave to file a motion to compel arbitration and to partially dismiss the Complaint on the schedule set forth below.

IT IS HEREBY ORDERED that, on or before October 13, 2026, Plaintiff shall file a letter informing the Court whether he seeks to amend the Complaint in response to Defendant's pre-motion letter. **This will be Plaintiff's last opportunity to amend in response to any issue raised in Defendant's pre-motion letter.**

IT IS FURTHER ORDERED that if Plaintiff elects to amend the Complaint, he shall file the amended complaint on or before October 27, 2026. Defendant must respond to any amended complaint within 14 days of its filing. In the event Defendant responds to the amended complaint

with a motion to dismiss and/or to compel arbitration, the briefing for that motion will be on the schedule set forth in Local Rule 6.1(b).

IT IS FURTHER ORDERED that if Plaintiff elects not to amend the Complaint, Defendant must file its contemplated motion on or before October 27, 2026. Further briefing shall be submitted on the schedule set forth in Local Rule 6.1(b).

IT IS FURTHER ORDERED that Defendant's letter motion for an extension of time to respond to Plaintiff's Complaint, [ECF No. 14], is GRANTED. Defendant shall respond to the Complaint or amended complaint following the schedule described herein.

The Clerk of Court is respectfully requested to terminate docket entry numbers 13 and 14.

**SO ORDERED.**

**Dated: October 6, 2026**
**New York, New York**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge